Johnnie COOPER, Appellant,

v.

The MISSOURI LOTTERY, Respondent.

No. ED 98468.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 13, 2013.

Application for Transfer to Supreme Court Denied March 14, 2013.

Application for Transfer to Supreme Court Denied April 30, 2013.

Johnnie F. Cooper, East St. Louis, IL, pro se.

Thomas D. Smith, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

Mr. Cooper appeals from summary judgment entered in favor of defendant, The Missouri Lottery, in this action to collect money Mr. Cooper claims he is owed for winning numbers on Powerball tickets he purchased in 2007. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).